**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Barry Jay Esterman | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10330-amc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 3, 2023 and this case be and the same is hereby DISMISSED.

Dated: February 21, 2023

Honorable Judge Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
    Certificate of Credit Couseling
    Matrix
    Chapter 13 Plan
    Scheduled AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities
    Chapter 13 Statement of Your Current Monthly Income
    Means Test Calculation